LILLIAN F. CHAPMAN, as Administratrix of the Estate of RUSSELL D. CHAPMAN, Deceased, Respondent, v. WALTER THOMPSON et al., Defendants, and JOHNS-MANVILLE CORPORATION et al., Appellants.

WALTER THOMPSON et al., Respondents, v. RUSSELL D. CHAPMAN, Defendant, and JOHNS-MANVILLE CORPORATION et al., Appellants.

(Argued June 7, 1933; decided July 11, 1933.)

*Frank H. Hiscock* and *Daniel Scanlon* for appellants.

*Jesse E. Kingsley* for Lillian F. Chapman, as administratrix, respondent.

*Lewis C. Ryan* for Walter Thompson et al,. respondents.

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.